UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-00106 |
| | ) | Judge Sharp |
| RLP PARTNERS, LLC and FIRST-CITIZENS BANK & TRUST COMPANY d/b/a FIRST CITIZENS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, Plaintiff Westfield Insurance Company's Motion to Dismiss (Docket No. 26) Defendant RLP Partners, LLC's counterclaims for common law bad faith, punitive damages, and consequential and incidental damages is hereby GRANTED and those claims are hereby DISMISSED WITH PREJUDICE.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE