**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **WESTFIELD INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:13-00106** |
| | ) | **Judge Sharp** |
| **RLP PARTNERS, LLC and FIRST-** | ) | |
| **CITIZENS BANK & TRUST COMPANY** | ) | |
| **d/b/a FIRST CITIZENS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, Plaintiff Westfield Insurance

Company's Motion to Dismiss (Docket No. 26) Defendant RLP Partners, LLC's counterclaims for

common law bad faith, punitive damages, and consequential and incidental damages is hereby

GRANTED and those claims are hereby DISMISSED WITH PREJUDICE.

It is SO ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE