IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WESTFIELD INSURANCE COMPANY,

    Plaintiff,

v.

RLP PARTNERS, LLC and FIRST-CITIZENS
BANK & TRUST

    Defendants,

and

RLP PARTNERS, LLC,

    Counter-Plaintiff,

v.

WESTFIELD INSURANCE COMPANY,

    Counter-Defendant;

and

FIRST CITIZENS BANK & TRUST,

    Counter-Plaintiff;

v.

WESTFIELD INSURANCE COMPANY,

    Counter-Defendant.

Case No. 3:13-cv-00106
JURY DEMAND

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) and (c), *Federal Rules of Civil Procedure*, come the parties to this action and voluntarily dismiss this civil action and Complaint, and Counter-claims

1

of Defendants RLP Partners LLC, and First Citizens Bank & Trust Company with full prejudice among, against and between all parties to this litigation in that all matters at issue in this litigation have been compromised and settled privately. Each party will bear its/their own costs.

**APPROVED FOR ENTRY:**


  s/ Leslie T. Ridings
Leslie T. Ridings  (BPR#019621)
Suzanne S. Cook (BPR# 017579)
**HUNTER, SMITH & DAVIS, LLP**
1212 N. Eastman Road
P. O. Box 3740
Kingsport, TN  37664
(423) 378-8820; Fax:  (423) 378-8801
ltridings@hsdlaw.com
Counsel for Plaintiff/Counter-Defendant, Westfield Insurance Company


s/ Brian Neal
Brian Neal (BPR # 022532)
Ronald G. Steen, Jr. (BPR #020536)
STITES & HARBISON, PLLC
SunTrust Plaza
401 Commerce Street, Suite 800
Nashville, TN 37219-2376
(615) 244-5200
brian.neal@stites.com
Counsel for Defendant/Counter-Plaintiff, First Citizens Bank
& Trust Company


s/ J. Brandon McWherter
J. Brandon McWherter (BPR #021600)
Clinton H. Scott  (BPR#023008)
Gilbert Russell McWherter PLC
101 N. Highland Ave.
Jackson, TN  38301
(731) 664-1340
bmcwherter@gilbertfirm.com
Counsel for Defendant/Counter-Plaintiff, RLP Partners, LLC