UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY | ) |
| | ) |
| v. | ) No. 3:13-0106 |
| | ) JUDGE SHARP |
| RLP PARTNERS, LLC., et al | ) |
| | ) |

**O R D E R**

Pursuant to the Stipulation of Dismissal (Docket No. 89) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE